Civil Action No. 1:19-cv-0936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Georgia Power Company

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anita L. Lemon , who is designated by law to accept service of process on behalf of *(name of organization)* Georgia Power on *(date)* 3-1-19 @ 2:48pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 70.00 for services, for a total of $ 70.00 .

I declare under penalty of perjury that this information is true.

Date: 3-4-19

*Comer Will* (signature)
Server's signature

Comer Williams    Process Server
Printed name and title

P.O. Box 29254 Atlanta Ga. 30359
Server's address

Additional information regarding attempted service, etc: