AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-0936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Belkin International Inc.
was received by me on *(date)*   03/05/2019   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  National Registered Agents by serving Steve Delgado , who is
designated by law to accept service of process on behalf of *(name of organization)*  Belkin International Inc.
on *(date)*   03/07/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $  60.00  for travel and $ _____ for services, for a total of $  60.00  .

I declare under penalty of perjury that this information is true.

Date:  03/10/2019

Server's signature

Jeffrey L. Levine
*Printed name and title*

ce Process Service
5981 W. 76th Street
Los Angeles, Ca 90045
Voice 310.641.8864
*Server's address*

Additional information regarding attempted service, etc:
Time of service 9:06 AM